UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS R. GUY,<br><br>Defendant. | Case No.  6:20-PO-5044-KLD<br><br>VIOLATION: F5226905 and F5226906<br><br>DISPOSITION CODE:  PE<br><br>ORDER ACCEPTING PLEA LETTER |

     Plaintiff's counsel, Jen Clark, Assistant U.S. Attorney, submitted a letter to the Court dated December 18, 2020, advising Plaintiff has reached an agreement with Defendant.  Plaintiff has agreed to reduce the total amount due on the violation notice F5226906 from $330.00 to $200.00, and Defendant has agreed to forfeit that amount.  Defendant requests that he be permitted to make monthly installment payments on the amount due. In return, Plaintiff agrees to dismiss violation notice F5226905. The bench trial set for February 19, 2021, at 1:30 p.m. is vacated.

     **IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $200.00, and shall do so by making payments at the rate of $100.00 per

month.  Defendant shall make his payment on or before the 1st day of each month beginning on March 1, 2021, and continuing thereafter until paid in full.

Defendant is directed to send his payments to the following:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

To ensure the payments are credited to the proper violation notice, Defendant's payments shall reference the violation notice(s) number listed above.

Alternatively, Defendant may make his payments through the website at www.cvb.uscourts.gov.

Defendant is advised that if he fails to pay the collateral as ordered the Court may issue a warrant for his arrest.

DATED this 2nd day of February, 2021.

*[signature]*
KATHLEEN L. DESOTO
United States Magistrate Judge